# Exhibit B

# In the Circuit Court of the State of Oregon
### For the County of Multnomah

SHARRON VAN DER MEULEN, an individual

                          Plaintiff,

vs.

TUCOWS, INC., a Pennsylvania corporation; and
JOHN DOE

                          Defendants.

Case No. 26CV19275

SUMMONS

To **Tucows, Inc.**
   **c/o Corporation Service Company**
   **5235 North Front Street**
   **Harrisburg, PA 17110**
   **Dauphin County**

                                                                  Defendant.

      You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF ☒ ATTORNEY ☐ AUTHOR FOR PLAINTIFF

Nathan R. Morales               145763
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)    BAR NO. (IF ANY)

760 SW Ninth Avenue, Suite 3000
                    ADDRESS

Portland     Oregon     97205    (503) 294-9496
CITY         STATE        ZIP         PHONE

                             Nathan.morales@stoel.com

FAX (IF ANY)             ATTORNEY'S E-MAIL ADDRESS (IF ANY)

Nathan R. Morales              145763
TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)   BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.
PAGE 1-SUMMONS.

FORM No. 190 – SUMMONS ©2000
EE

151673150.1 0084972-00001

## PROOF OF SERVICE

STATE OF _____ )
County of _____ ) ss.

      I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of said summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, 20_ at _____ o'clock _.M.

Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, 20_ at _____ o'clock _.M.

### Substituted Service Upon Individual(s)*

Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____,

to_____, who is a person 14 years of age or older and a member of the household of the person served on _____, 20_____, at _____ o'clock _.M.

Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____,

to_____, who is a person 14 years of age or older and a member of the household of the person served on _____, 20_____, at _____ o'clock _.M.

### Office Service Upon Individual(s)*

Upon _____, at the office which he/she maintains for the conduct of business at _____,

by leaving such true copy with _____, the person who is apparently in charge, on _____, 20_____, during normal working hours, at to-wit: __ o'clock _.M.

### Mail Service Upon Individual(s)**

Upon _____, by mailing such true copies to him/her by first class mail and ALSO by (check one): ☐ certified or registered mail with return receipt requested ☐ express mail.

### Service Upon Tenant(s) of a Mail Agent***

Upon _____, by delivering such true copy to _____a person apparently in charge of_____, which is the place where the mail agent receives mail for the tenant(s), its address being _____, on _____, 20 _____, at _____ o'clock _.M. Prior to effecting such service, I made diligent inquiry but could not find the tenant(s) so served.

### Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name

Upon _____, by
          (NAME OF CORPORATION, LIMITED PARTNERSHIP, ETC.)

(a)   delivering such true copy, personally and in person, to _____ who is a/the (Specify registered agent, officer (by title), director, managing partner, general partner, etc.) thereof; OR

(b)   leaving such true copy with _____, the person who is apparently in charge of the office of _____, who is a/the _____ (Specify registered agent, officer (by title), director, general partner, managing agent) thereof;

at _____, on _____, 20_____, at _____ o'clock _.M.

Dated_____, 20_____.

_____
                        SHERIFF

By_____
                        DEPUTY

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.
DATED_____, 20_____.

_____
                        SIGNATURE

_____
               TYPE OR PRINT NAME

_____
                      ADDRESS

CITY             STATE          ZIP       PHONE

The signature lines on the left should be used only by an Oregon county sheriff or deputy. All other servers complete certification on the right. The Proof of Service above contains most, but not all, of the methods of service. For example, this form does not include proof of service on a minor or incompetent person. See ORCP 7 D for permissible service methods with respect to particular parties.
* Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, a true copy of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made. Use S-N Form No. 1149, Notice of Substituted or Office Service, or the equivalent.
**Service by mail may be made when required or allowed by ORCP 7 or by statute, except as otherwise permitted. If the summons and complaint are mailed, this certification may be made either by the person completing the mailing or by the attorney for any party, stating the circumstances of mailing and including the return receipt as an attachment. An attorney completing the mailing should delete ', nor attorney for' from the last paragraph of this document. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.
***Where service upon a tenant of a mail agent is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, true copies of the summons and the complaint to the defendant(s) at the address at which the mail agent receives mail for the defendant(s) and to any other mailing address of the defendant(s) then know to the plaintiff, together with a statement of the date, time, and place at which delivery was made.

**PAGE 2-SUMMONS.**
151673150.1 0084972-00001



26CV19275
MO
Motion
20121890

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

SHARRON VAN DER MEULEN, an individual,

Plaintiff,

v.

TUCOWS, INC., a Pennsylvania corporation; and JOHN DOE,

Defendants.

No. 26CV19275

PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

### MOTION

Pursuant to UTCR 5.160 and Multnomah County SLR 5.165, Plaintiff Sharron van der Meulen ("Plaintiff"), through counsel, moves the Court for an order (1) directing the Clerk to file the unredacted Complaint under seal, and (2) allowing Plaintiff to file a redacted version of the Complaint for inclusion in the public court file (Declaration of Nathan Morales, Ex. 1). This Motion to File Under Seal is supported by the memorandum below and the Declaration of Nathan Morales and attached exhibit.

### MEMORANDUM

Plaintiff brings this action, including claims under ORS 30.835, for the unlawful disclosure of Plaintiff's protected personal information. ORS 30.835(1)(d)(A) defines "personal information" to include, among other things, a plaintiff's home address and personal phone number. The Complaint contains screenshots reflecting Defendants' publication of Plaintiff's protected home address and personal cell phone number. Public filing of the Complaint without redaction would further disseminate the very information that

Page 1 – PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205    Verified Correct Copy of Original 4/23/2026
Main 503.224.3380    Fax 503.220.2480

ORS 30.835 is intended to protect and would expose Plaintiff to additional risk of harassment and harm. Plaintiff therefore seeks leave to file the unredacted Complaint under seal and to file a redacted version that omits protected personal information for public access.

For these reasons, Plaintiff respectfully requests that the Court grant this Motion and permit the unredacted Complaint to be filed under seal.

DATED: April 22, 2026                    STOEL RIVES LLP

NATHAN R. MORALES, Bar No. 145763
nathan.morales@stoel.com
503.294.9496
AVIVA K. DIAMOND, Bar No. 255204
aviva.diamond@stoel.com
503.294.9539

*Attorneys for Plaintiff*

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
Main 503.224.3380   Fax 503.220.2480

Verified Correct Copy of Original 4/23/2026.

FILED MULTNOMAH CO CIRCUIT CT
'26 APR 22 AM 11:21

26CV19275
DD
Declaration
20121910

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

SHARRON VAN DER MEULEN, an individual,

Plaintiff,

v.

TUCOWS, INC., a Pennsylvania corporation; and JOHN DOE,

Defendants.

No. 26CV19275

DECLARATION OF NATHAN R. MORALES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

I, Nathan Morales, hereby declare and state as follows:

1.      I am an attorney at Stoel Rives LLP, counsel for Plaintiff herein. I make this declaration based on personal knowledge.

2.      Exhibit 1 is a true and correct copy of the redacted Complaint that Plaintiff seeks to file publicly in this matter.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWELDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: April 22, 2026

NATHAN R. MORALES, Bar No. 145763
nathan.morales@stoel.com
503.294.9496

*Attorney for Plaintiff*

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
Main 503.224.3380    Fax 503.220.2480
Verified Correct Copy of Original 4/23/2026.

Page 1 – DECLARATION OF NATHAN R. MORALES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Verified Correct Copy of Original 4/23/2026.

26CV19275
OR
Order
20121913

FILED MULTNOMAH CO CIRCUIT
'26 APR 22 AM 1:24

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

SHARRON VAN DER MEULEN, an individual,

Plaintiff,

v.

TUCOWS, INC., a Pennsylvania corporation; and JOHN DOE,

Defendants.

No. 26CV19275

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Having considered Plaintiff's Motion for Leave to File Under Seal, and the pleadings and records on file, it is hereby ORDERED that the Motion to File Under Seal is GRANTED.

The clerk is directed to file under seal the unredacted version of Plaintiff's Complaint. The clerk shall publicly file the redacted copy of the foregoing.

4/22/26 Matarazzo

Submitted by:
NATHAN R. MORALES, OSB No.145763
nathan.morales@stoel.com
AVIVA K. DIAMOND, Bar No. 255204
aviva.diamond@stoel.com
Stoel Rives LLP
760 SW Ninth Ave, Suite 3000
Portland, OR 97205

Page 1 – ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Verified Correct Copy of Original 4/23/2026.

## CERTIFICATE OF READINESS – UTCR 5.100

I hereby certify that the foregoing **ORDER GRANTING PLAINTIFF'S MOTION**

**FOR LEAVE TO FILE UNDER SEAL** is ready for judicial signature because:

☐ Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

☐ Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation or approval sent to me.

☐ I have served a copy of this order or judgment on all parties entitled to service and:

   ☐ a. No objection has been served on me.

   ☐ b. I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

   ☐ c. After conferring about objections _(opposing party)_ agreed to independently file any remaining objection.

☐ The relief sought is against an opposing party who has been found in default.

☐ An order of default is being requested with this proposed judgment.

☒ Service is not required pursuant to subsection (3) of this rule, or by statute, rule or otherwise.

DATED: April 22, 2026

NATHAN R. MORALES, OSB No. 145763

Page 1 – CERTIFICATE OF READINESS