NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com
AVIVA K. DIAMOND, OSB No. 255204
aviva.diamond@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SHARRON VAN DER MEULEN, an individual, | Case No.:  3:26-cv-1024-SB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| TUCOWS, Inc., a Pennsylvania corporation and JOHN DOE, an unknown individual, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sharron van der Meulen, by and through the undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice.  As of the filing of this notice, Defendant John Doe has not appeared and Defendant Tucows, Inc. has not served an answer nor a motion for summary judgment.  This dismissal is without an award of costs or fees to any party.

PAGE 1 – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
153555064.1 0081320-00133

DATED:  July 13, 2026                STOEL RIVES LLP


/s/ Nathan R. Morales
NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com
AVIVA K. DIAMOND, OSB No. 255204
aviva.diamond@stoel.com

*Attorneys for Plaintiff*

PAGE 2 – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
153555064.1 0081320-00133